## Commonwealth *v.* Barbee, Appellant,

720

Submitted September 9, 1974. *Burton A. Rose,* and *Peruto, Ryan & Vitullo,* for appellant; *Maxine J. Stotland, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Order affirmed.